### LEVY et al. v. SPIER.

(Supreme Court, Appellate Term. December 16, 1908.)

1. COURTS (§ 190*)—MUNICIPAL COURTS—APPEALABLE ORDERS—ORDER DENYING MOTION TO CORRECT RECORD.

A Municipal Court order denying a motion to correct the record is not an appealable order.

[Ed. Note.—For other cases, see Courts, Dec. Dig. § 190.*]

2. APPEAL AND ERROR (§ 870*) — REVIEW—APPEAL FROM JUDGMENT—INTERMEDIATE ORDER.

On appeal from a Municipal Court judgment, an order denying a motion to correct the record would be reviewable, under Code Civ. Proc. § 1316, providing that an appeal from a final judgment presents for review an intermediate order specified in the notice of appeal, if it necessarily affects the final judgment and has not already been reviewed upon a separate appeal, by the court to which the appeal from the final judgment is taken.

[Ed. Note.—For other cases, see Appeal and Error, Dec. Dig. § 870.*]

Appeal from Municipal Court, Borough of Manhattan, First District.

Action by Samuel H. Levy and others against Emil Spier. From an order denying a motion to correct the record, defendant appeals. Dismissed.

Argued before GIEGERICH, HENDRICK, and FORD, JJ.

Harry W. Mack, for appellant.

Julius O. Foote, for respondents.

PER CURIAM. The order appealed from is not an appealable one. Bevins & Rogers, App. Term Pr. 61; Nolte v. Seymour, 127 App. Div. 178, 111 N. Y. Supp. 311. Upon an appeal from a judgment, should one be obtained by the plaintiffs herein, the order now appealed from may be reviewed. Code Civ. Proc. § 1316; Universal Cutter Co. v. Emden et al. (Sup.) 107 N. Y. Supp. 669.

Appeal dismissed, with $10 costs.